IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.

CLYDE E. AUSTIN, SR.

                                        Defendant.

Criminal Action Number 3:03CR211-04

## RESTITUTION ORDER

Pursuant to the Mandatory Victims Restitution Act, 18 U.S.C. §§ 3663A-3664, the Court

hereby ORDERS restitution DUE AND PAYABLE IMMEDIATELY, as follows:[1]

| Victim Name/Address | Total Amount of Victim Loss |
| --- | --- |
| Gary W. Adkins 103 Meadow Wood Drive Thomasville, NC  27360 | $      1,100.00 |
| Lucille Adkins 355 County Road 66 Proctorville, OH  45669 | $    13,300.00 |

[1]**NOTE:**\*\*\* The asterisks refer to victims who are also victims of co-Defendants Lamont C. S Knight, Richard A. Hertz, Sr. and Thomas W. Hofler, Jr.  Clyde Austin is jointly and severally liable for restitution with Knight, Hertz, and Hofler to those victims designated by \*\*\*.

1

Kimberly B. Alexander                                       $      13,785.00
333 Dorcus Terrace
Greenville, NC 27858


Lucy M. Alexander                                           $       5,690.00
4038 U.S. Highway 64 East
Plymouth, NC 27962

Thomas Alexander                                            $      10,690.00
4038 U.S. Highway 64 East
Plymouth, NC 27962

Geni L. Alford                                              $      27,135.00
6909 Fawncrest Drive
Capitol Heights, MD 20743

Earl Allen                                                  $       6,400.00
P.O. Box 423
Mason, NC 27553

Haywood A. and Roslyn B. Allen, Jr.                         $      12,000.00
113 Sommerglow Court
Cary, NC 27513

Matthew E. Allen
2820 Fairway Home Way                    ***                $      20,500.00
Glen Allen, VA 23059-7464

Thomas R. Allen                                             $       2,100.00
1015 Phillips Street
Misoula, MT 59802

Quinton Alston                                              $      60,400.00
44 Thomas Way
Louisburg, NC  27549

Shauna Alwine                                               $       2,500.00
3712 Caffel Road
Abby, WA  99101

| | | |
|---|---|---|
| Veronica Amatucci<br>453 E. 14th Street, Apt. 8A<br>New York, NY  10009 | $ | 4,000.00 |
| Barbara Anderson<br>P.O. Box 142<br>Lakeside, MT  59922 | $ | 5,750.00 |
| Charles Anderson<br>587 Hidden Valley Road, #5<br>Florence, MT  59833 | $ | 3,000.00 |
| Mary Prioleau Anderson<br>171 Catherine Street<br>Hamden, CT  06514 | $ | 10,000.00 |
| Larry B. and Phyllis Andrews<br>1160 Gordon Moore Road<br>Franklinton, NC 27525 | $ | 20,000.00 |
| Robert Apland<br>P.O. Box 467<br>Arlee, MT  59821 | $ | 2,700.00 |
| Roxann Apland<br>P.O. Box 362<br>Arlee, MT 59821 | $ | 1,880.00 |
| Riza N. Arenas<br>3927 Lakehurst Circle, Side "A"<br>Anchorage, AK  99502 | $ | 11,200.00 |
| Aaron Arneson<br>2322 Harve Avenue<br>Missoula, MT  59801-7654 | $ | 2,625.00 |
| Arlen L. Arneson<br>P.O. Box 778<br>Whittier, AK  99693 | $ | 12,000.00 |

| | |
|---|---:|
| Jane Arneson<br>2322 Harve Avenue<br>Missoula, MT 59801-7654 | $ 2,125.00 |
| Roberta Arnold<br>544 Corporate Avenue<br>Kalispell, MT 59901-6087 | $ 1,554.25 |
| John H. Ash<br>13 7th Street, SW<br>Fort Meade, FL 33841 | $ 7,400.00 |
| Albert Azznara, Jr.<br>7920 Diascund Road<br>Lanexa, VA 23089-9103 | $ 7,650.00 |
| Albert Azznara, Sr.<br>2350 N.E. 14th Street CSWY<br>Apartment 5<br>Pompano Beach, FL 33062 | $ 18,098.00 |
| Beverly Bailey<br>100 Twin View Lane<br>Huntington, WV 25704 | $ 10,790.00 |
| Gary Lee Bailey<br>100 Twin View Lane<br>Huntington, WV 25704 | $ 10,790.00 |
| Ronald D. Bailey<br>4540 Twin Creek Road<br>Bonner, MT 59823 | $ 2,160.00 |
| William J. Ballock<br>1179 Martins Lane<br>Julian, PA 16844 | $ 40,000.00 |
| Hubert C. Barbee<br>2404 Chapin Street<br>Durham, NC 27707 | $ 5,300.00 |

Curtis C. Barlow                                      $      106,421.00
2408 Spruce Lane
Raleigh, NC 27614


George R. Barnes                                     $       14,700.00
1602 Dartmore Drive
Wilson, NC 27893


Kenneth Barney                    ***                $        5,600.00
13587 Ashland Drive
Ashland, VA 23005


Lametta Barnum                                       $        9,000.00
261 SW 28 Terrace
Lauderdale, FL  33312


Connie Battle                                        $       29,000.00
P.O. Box 123
Battleboro, NC 27809


Cynthia G. Batts                                     $        4,115.00
1311 Little Lowground Road
Emporia, VA 23847


David F. Baum                                        $        4,000.00
122 Snodgrass Lane
Williamstown, WV  26187


Keith Baum
6578 Millridge Circle                               $        4,000.00
Dublin, OH  43017


Rozella R. Baum                                      $        9,500.00
814 Columbia Avenue
Williamstown, WV  26187


Scott Baum                                           $        4,000.00
85 Kingston Pointe Drive
Bartow, GA  30145

Carl E. Beaver                                          $      62,000.00
2400 Broadway Road
Milton, PA  17847


Jan Bednarski                                          $       4,000.00
9711 New Haven Loop
Anchorage, AK  99507-4429

Eureka and Daniel Belcher                             $       5,000.00
311 Burleigh Avenue
Norfolk, VA 23505

William Bell                          ***             $      10,000.00
13641 Brandy Oaks Terrace
Chesterfield, VA 23832

John J. Benda                                         $       2,100.00
403 2nd Avenue West
Superior, MT  59872

Myrtle Bennett                                        $       2,600.00
303 9th Street
Stevensville, MT  59870

Glenn Bergeland                                       $       2,200.00
1222 Helen Avenue
Missoula, MT  59801-4444

Wilbur and Lucille Bjerke
10204 N. Ivanhoe                                      $       2,000.00
Spokane, WA 99218

Vera Black                                            $       3,951.00
3659 Percy Street
Philadelphia, PA  19140

Pearlee Bloodsaw                                      $       1,880.00
3329 Beech Lane
Burlington, KY  41005

Cecil L. Boddie                                         $      27,090.00
8525 Hwy 11, P.O. Box 254
Oak City, NC 27857


Rosa M. Boddie                                          $       1,780.00
8525 Hwy 11, P.O. Box 254
Oak City, NC 27857

Denise Bolick                                           $      85,800.00
4753 Ashford Ferry Road
Blair, SC  29015

Jane W. Bolick                                          $      56,000.00
2215 Trinity Church Road
Concord, NC  28027

Marion Bolick                                           $      18,000.00
4753 Ashford Ferry Road
Blair, SC  29015

Sam R. Bolick                                           $       7,000.00
2215 Trinity Church Road
Concord, NC  28027

Sam and Marion Bolick                                   $      15,000.00
4753 Ashford Ferry Road
Blair, SC  29015

Shelia B. Bond
P.O. Box 1215                                           $       4,990.00
Williamston, NC 27892

Freddie Boneparte                                       $      20,000.00
150 Lindale Street
Orangeburg, SC  29115

Howard Bookard                                          $      30,000.00
1899 Northwood Drive, SE
Orangeburg, SC  29115

| | | |
|---|---|---|
| James Bouie<br>2401 Hammondville Road<br>Pompano Beach, FL 33069-1509 | $ | 2,000.00 |
| Robert T. Bowers<br>13336 Gray Road<br>Jarratt, VA 23867 | $ | 8,130.00 |
| Edna Jones Boyd<br>P.O. Box 205<br>Ridgeway, NC 27570 | $ | 9,900.00 |
| Frank Thomas Boyd, Sr.<br>1508 E. Washington Street<br>Rockingham, NC 28379 | $ | 20,300.00 |
| Frank Thomas Boyd, Jr.<br>1508 E. Washington Street<br>Rockingham, NC 28379 | $ | 5,300.00 |
| Jeffrey Boyd<br>14570 Neil Drivve<br>Lolo, MT  59847-8454 | $ | 2,000.00 |
| Diane E. Braach<br>P.O. Box 301<br>Seeley Lake, MT  59868 | $ | 2,700.00 |
| Vivan and Thurman Bridges<br>3002 Bryant Street<br>Durham, NC 27703 | $ | 10,000.00 |
| Lamont Briggs<br>12 Spirit Lane<br>Owings Mills, MD  21117 | $ | 7,000.00 |
| Hazel P. Brimmage<br>1723 John Small Avenue<br>Washington, NC 27889 | $ | 10,059.00 |

Michael Broderius                                  $      25,125.00
2914 S. Newer Court
Veradale, WA  99037


Kenneth E. Brown
136 Kuhns Lane                                     $      15,000.00
State College, PA 16801

Sharon R. Brown                                    $       2,690.00
2316 US Hwy 64
Robersonville, NC  27871

Stephen W. and Pamela W. Browning                  $      37,670.00
1306 U.S. 70 E.
Hillsborough, NC 27278

James A. and Loretta O. Bullock                    $      20,050.00
4191 Culbreth Road
P.O. Box 153
Stem, NC 27581

Joan Bullock                                       $       3,200.00
954 Allen Road, Apt. F
Greenville, NC  27834

Melvin Bullock                                     $       9,404.00
Fisher of Men Church
430 S. Oliver Drive
Henderson, NC  27536

Melvin and Lee T. Bullock, Sr.                     $      17,600.00
430 S. Oliver Drive
Henderson, NC  27536

Milkie J. Burns                                    $       2,080.00
824 North Bliss Street
Anchorage, AK  99508

T. R. Burns                                        $       2,100.00
824 Bliss Street
Anchorage, AK  99508

| | |
|---|---|
| Grace Patricia Burrs<br>2832 Clifton Avenue<br>Baltimore, MD 21216 | $ 9,950.00 |
| Jonathan Ryan Burrs<br>2832 Clifton Avenue<br>Baltimore, MD 21216 | $ 2,500.00 |
| Lawrence J. Burrs, Jr.<br>3408 University Boulevard, East<br>Adelphi, MD 20783-1857 | $ 4,500.00 |
| Marie H. Bynum<br>2801 Glasgow Street<br>Raleigh, NC 27610 | $ 19,600.06 |
| George H. Cain<br>1152 Purdy Road<br>Emporia, VA 23847 | $ 1,500.00 |
| Glen W. Cameron<br>115 Meadowlark Court<br>Missoula, MT 59803-2625 | $ 2,200.00 |
| Rosie Canady<br>7399 Terra Ceia Road<br>Pantego, NC 27860 | $ 4,100.00 |
| Walter Cannon, Sr.<br>2504 Sand Ridge Court<br>Augusta, GA 30815 | $ 8,000.00 |
| Annie Canty<br>P.O. Box 412<br>Bonneau, SC 29431 | $ 5,000.00 |
| Joseph Canty<br>P.O. Box 412<br>Bonneau, SC 29431 | $ 5,000.00 |

| | |
|---|---:|
| Mary Canty<br>P.O. Box 412<br>Bonneau, SC 29413 | $ 5,000.00 |
| Motoko I. Canup<br>507 Dakota Street<br>Kannapolis, NC  28083 | $ 50,000.00 |
| Andre D. Carpenter<br>3895 Carver School Road<br>Winston-Salem, NC  27105 | $ 10,000.00 |
| Mary A. Carter<br>408 Paris Avenue<br>Greenville, NC 27834 | $ 3,500.00 |
| Cornelius F. Cathcart<br>5804 Shady Grove Circle<br>Raleigh, NC 27609 | $ 220,000.00 |
| Fritzie Cathcart<br>221 Weybossett Road<br>Henderson, NC  27537 | $ 1,000.00 |
| Leann Cathcart<br>221 Weybossett Road<br>Henderson, NC 27537 | $ 1,000.00 |
| M. Fay Cathcart<br>221 Webossett Road<br>Henderson, NC  27537 | $ 5,000.00 |
| Ty Cavanaugh<br>436 Ridgeview Drive<br>Stevensville, MT  59870 | $ 2,100.00 |
| Cynthia L. Charles<br>1424 President Street<br>Brooklyn, NY 11213 | $ 10,000.00 |

Shirley K. Cheng                                    $      30,000.00
13 Cottonwood Court
Rockland, NY  10954


Dorthy Christmas                                    $      30,000.00
331 Dick Faines Road
Henderson, NC 27536

Thurman Hargrove                                    $       5,100.00
Church of Our Lord - VA Western Diocese
14330 Boydton Plank Road
Warfield, VA  23821

Michael D. Clary                                    $       5,800.00
6124 Athens Drive
Louisville, KY  40219

Allan Bruce Clayborne, Jr.                          $      30,000.00
1348 Sweetclover Drive
Wake Forest, NC 27587

Jonathan Cofer                                      $       6,500.00
1000 Houserville Road
State College, PA  16801

Mike W. Colahan                                     $       6,300.00
3927 Lakehurst Circle, Side "A"
Anchorage, AK  99503

Eric D. Cole                                        $     130,348.55
P.O. Box 9633
Greensboro, NC 27429

Anthony Coleman                                     $      15,000.00
4312 Fowler Ridge Drive
Raleigh, NC  27616

Jeanette Collier                                    $       5,000.00
P.O. Box 104178
Anchorage, AK  99510

Stephen Collier                                      $        6,000.00
P.O. Box 104178
Anchorage, AK  99510-4178


Stephen Collier                                      $       28,000.00
Freedom Ventures Trust
P.O. Box 110549
Anchorage, AK  99511

Robert E. Connell                                    $        2,100.00
125 Strand Avenue
Missoula, MT  59801

Benjamin Connor                                      $       10,000.00
235 Bear Run Road
Sutton, WV  26601

Clarence E. Connor                                   $        5,000.00
212 36th Street
Vienna, WV  26105

Donald H. Connor                                     $       30,500.00
51 Connor Drive
Sutton, WV  26601

Erin Connor                                          $        5,000.00
940 Nance Circle
Orangeburg, SC  29115

Erma Connor                                          $       40,000.00
150 Connor Drive
Sutton, WV  26601

Ernestine Conner                                     $       40,000.00
940 Nance Circle
Orangeburg, SC 29115

Frederick T. Conner                                  $        7,000.00
940 Nance Circle
Orangeburg, SC 29115

James R. Connor                                    $      15,000.00
110 S. Chestnut Street
Sutton, WV  26601


Jeffrey Vernon Conner                              $       2,000.00
940 Nance Circle
Orangeburg, SC  29115


Justine T. Conner                                  $       8,000.00
940 Nance Circle
Orangeburg, SC 29115


Henry J. Conner                                    $       8,000.00
940 Nance Circle
Orangeburg, SC 29115


Rose M. Cook                                       $       3,000.00
1260 Luckyleaf Street
Orangeburg, SC  29115


Wilhelmina Cooper                                  $         600.00
209 E 4th Street
Washington, NC 27889


Laura N. Cottingham                                $      11,500.00
2350 Belleville Road
Orangeburg, SC 29118


Dwight M. Crane                                    $      10,500.00
P.O. Box 2149
Abingdon, VA  24210


James E. Crum, Sr.                                 $      33,000.00
106 E. 6th Street
Williamstown, WV  26187


Walter E. Crumity                                  $       3,755.00
920 Greenwich Street
Raleigh, NC 27610

Ray Cunnigton                                    $      5,200.00
P.O. Box 1656
Lolo, MT 59847

Gloria M. Currie                                 $      6,000.00
110 Lone Tree Court
Durham, NC 27713

Roy M. Dabner (deceased)                         $      7,000.00
c/o Trudy M. Gibbs
10802 Kencrest Drive
Mitchellville, MD  20721

Wanda Dale                                       $     30,204.00
P.O. Box 200302
Anchorage, AK  99520-0302

Lonnie Damron                                    $     35,690.00
2928 44th Street
Highland, IN 46322

Billy E. Davis                                   $     13,986.00
1134 Russell Street
Ashland, KY 41001

Eddie L. Davis, Sr.                              $     50,000.00
2100 Crooked Pine Drive
Las Vegas, NV  89134

Melbourne Davis                                  $      8,020.00
20247 Sugar Gum Road
Riverside, CA  92508-3011

Selma A. and William M. Davis                    $     85,000.00
1720 Ross Mill Road
Henderson, NC 27536

Tim DeVos                                        $      2,100.00
3643 Rodeo Road
Missoula, MT  59803

Timothy J. Dietrich                                          $        2,000.00
636 So. Atlantic Street
Dillon, MT  59725

Thomas Dillard
2421 Barry Street                                           $        8,040.00
Durham, NC 27704

James and Betty Dixon                                       $       20,350.00
1133 Brighton Road
Raleigh, NC 27610

Pat Donaghe                                                 $        5,100.00
205 SE 2nd Avenue
Marietta, OK  73448

Donald Dorr                                                 $        8,000.00
3905 Beacon Court
Augusta, GA 30906

James W. Doster                                             $       25,000.00
226 N. King Street
Gloucester, NJ 08030

Ester Elaine Douglas                                        $      166,570.00
P.O. Box 1185
Henderson, NC 27536

Ronald W. Douglas                                           $       70,000.00
P.O. Box 19723
Charlotte, NC 28219

Sarah Douglas (deceased)                                    $       29,382.00
c/o Esther E. Douglas
P.O. Box 1185
Henderson, NC 27536

Larry Duffey                                                $        5,000.00
1705 Carriage Lane
Hudson, NC  28638

| | | |
|---|---|---|
| Patricia Dutoit<br>5803 Presley Road<br>Coeur D Alene, ID 83814-7305 | $ | 128,607.00 |
| Alva Dwellingham<br>410 St. Nicholas Avenue<br>Apartment 24G<br>New York City, NY 10027 | $ | 61,000.00 |
| Barry J. Edwards<br>4404 Goldcrest Lane<br>Raleigh, NC 27616 | $ | 14,890.00 |
| Erven and Vickie Erickson<br>1748 Hutchinson Road<br>Addy, WA  99101-9641 | $ | 2,729.00 |
| Kraig K. Erickson<br>1796 Hutchinson Road<br>Addy, WA  99101 | $ | 2,230.00 |
| Kurt Erickson<br>1748 Hutchinson Road<br>Addy, WA  99101-9641 | $ | 2,223.00 |
| Toshelle  Carlson (Erickson)<br>2745 Cedonia-Addy Road<br>Abby, WA  99101 | $ | 2,223.00 |
| Trisha L. Erickson<br>1796 Hutchinson Road<br>Addy, WA  99101 | $ | 2,223.00 |
| Delayne Estes<br>P.O. Box 1935<br>Mattewa, WA  99349-0901 | $ | 2,100.00 |
| Ernest Estes<br>P.O. Box 1935<br>Mattewa, WA  99349-0901 | $ | 2,100.00 |

Margaret E. Evans                                        $      14,500.00
2613 Old Cameron Road
Orangeburg, SC 29115


William H. Fennel                                        $      10,000.00
57 Quincy Bog Road
Rumney, NH 03266

Matthew Ferguson                      ***                $     100,000.00
10 Brookwood Court
Saint Charles, MO 63301

Brad Fisher                                              $       4,080.00
7631 Hacienda Drive
Anchorage, AK  99507

Clifton Flaten                                           $       2,620.00
P.O. Box 66
Missoula, MT  59806-0066

Randolph S. Flowers                                      $       6,600.00
2310 Kristy Place
Durham, NC 27703

Lloyd Van Fossen                                         $       5,500.00
250 Highland Ridge Road
Marietta, OH  45750

Theresa Fox                                              $       5,600.00
6601 Groveton Drive
Clinton, MD  20735

Alfreda Franklin                                         $       7,500.00
1758 Sawaga Street, NE
Orangeburg, SC 29115

Marion M. Frederick                                      $      10,000.00
1655 Swinton Street, NE
Orangeburg, SC  29115

| | | |
|---|---|---|
| Helen G. Frye<br>932 Mathis Ferry Road<br>Mt. Pleasant, SC  29464 | $ | 14,955.00 |
| Tami Fullerton<br>234 Hollywood Drive<br>Little Hocking, OH  45742 | $ | 7,000.00 |
| Myrtle I. Fuqua<br>115 Laster's Road<br>New Hill, NC  27562 | $ | 11,220.00 |
| Pashion S. Futrell<br>1530 Sunnyside Lane<br>Emporia, VA  23847 | $ | 2,500.00 |
| Ray Gardenhour<br>P.O. Box 118<br>Pine Grove Mills, PA  16868 | $ | 28,000.00 |
| Minnie G. Gardner<br>404 71st Avenue<br>Seat-Pleasant, MD  20743 | $ | 1,000.00 |
| Patricia Garofalo<br>18 Fahey Drive<br>Garnerville, NY  10923 | $ | 3,500.00 |
| Richard Gates<br>601 Overlook Way, #A<br>Missoula, MT  59803 | $ | 23,750.00 |
| Ella May Gaynor<br>1708 Swamp Road<br>Pantego, NC  27860 | $ | 1,690.00 |
| Thornton D. Gholson<br>128 Edgewood Drive<br>Henderson, NC  27536 | $ | 93,520.00 |

| | |
|---|---:|
| Darrell C. Gibbs<br>10802 Kencrest Drive<br>Mitchellville, MD  20721 | $ 1,000.00 |
| James O. Gibbs<br>258 Bayview Road<br>Bath, NC  27808 | $ 1,100.00 |
| Trudy M. Gibbs<br>10802 Kencrest Drive<br>Mitchellville, MD  20721 | $ 1,000.00 |
| Charles Gibson<br>2999 Big Flat Road<br>Missoula, MT 59801 | $ 1,480.00 |
| Ronald Gibson<br>P.O. Box 419<br>Arlee, MT 59821 | $ 1,580.00 |
| Larry D. Givens<br>P.O. Box 521<br>Emporia, VA  23847 | $ 13,190.00 |
| Reginald Givens<br>28183 Proctor Road<br>Emporia, VA  23847 | $ 25,295.00 |
| Norfleet Givens, Jr.<br>28183 Proctor Road<br>Emporia, VA  23847 | $ 1,455.00 |
| Fenner Godley<br>108 Excaliber Drive<br>Greenville, NC  27858 | $ 41,700.00 |
| Woodrow A. Goodan<br>Box 494<br>Seeley Lake, MT  59868 | $ 2,100.00 |

| | | |
|---|---|---|
| Alicia Graham<br>304 Hidden Springs Drive<br>Durham, NC  27703 | $ | 6,000.00 |
| Henry C. and Ernestine Granison<br>353 Willow Creek Run<br>Henderson, NC  27537 | $ | 11,800.00 |
| Dale Grant<br>120-26 144th Street<br>Ozone Park, NY  11436 | $ | 46,606.00 |
| Dexter A. Grant<br>5600 Pine Log Road<br>Emporia, VA  23847 | $ | 9,000.00 |
| Maxine Grant<br>2404 NW 20th Street<br>Fort Lauderdale, FL  33311 | $ | 10,000.00 |
| Sean Grant<br>6712 Lake Cove Court<br>Suffolk, VA  23435 | $ | 1,500.00 |
| Terry Grant<br>2404 NW 20th Street<br>Lauderdale, FL  33311 | $ | 10,000.00 |
| Brandon Gregory<br>c/o Sharon May<br>1811 S. 39th Street, #50<br>Mesa, AZ  85206 | $ | 2,120.00 |
| Joan J. Green<br>2305 Whetstone Court<br>Augusta, GA  30907 | $ | 8,065.00 |
| Lashawn Green<br>102 James Helen Court<br>Willow Springs, NC  27592 | $ | 300.00 |

Charles Grissett                                          $      9,000.00
2802 NW 6th Street
Pompano Beach, FL  33060


Diane Grissett                                           $     10,000.00
165 NW 15th Street
Pompano Beach, FL  33060

Ida Mae Grissett                                         $     10,000.00
165 N. W. 15th Street
Pompano Beach, FL  33060

Idella Grissett                                          $     10,000.00
163 NW 15th Street
Pompano Beach, FL  33060

Issac Grissett                                           $      9,000.00
165 NW 15th Street
Pompano Beach, FL  33060

Julie Grissett                                           $     10,000.00
165 NW 15th Street
Pompano Beach, FL  33060

Ralph Grissett                                           $    155,000.00
165 NW 15th Street
Pompano Beach, FL  33060

Sarah Grissett                                           $     10,000.00
165 N.W. 15th Street
Pompano Beach, FL  33060

Jack O. Haddox                                           $     50,500.00
421 John Street
Belpre, OH  45714

| | | |
|---|---|---|
| Muriel H. Haggler-Perry<br>21805 Omeara Terrace, Apt. 306<br>Ashburn, VA  20147 | $ | 16,200.00 |
| Patty Hagglund<br>7100 Zaugg Drive, #25<br>Missoula, MT  59802 | $ | 2,100.00 |
| Helen Hale<br>2418 Dudley Avenue<br>Parkersburg, WV  26101 | $ | 26,000.00 |
| Michael Halison<br>3515 Hunter Lane<br>Richmond, VA  23237 | $ | 71,000.00 |
| Portia N. Haltiwanger<br>6 Constable Lane<br>Columbia, SC  29223 | $ | 15,000.00 |
| Shirley Hamrick<br>425 Bear Run Road<br>Sutton, WV  26601 | $ | 4,428.21 |
| Charles W. Harding<br>5347 Florence Carlton Lp<br>Florence, MT  59833-6537 | $ | 5,125.00 |
| Sheila J. Harding<br>5347 Florence Carlton Lp<br>Florence, MT  59833-6537 | $ | 2,325.00 |
| Richard Lee and Doris Jones Hargrove<br>P.O. Box 174<br>Ridgeway, NC  27570 | $ | 79,934.28 |
| Rufus T. Hargrove<br>P.O. Box 38<br>Middleburg, NC  27556 | $ | 30,000.00 |

Thurman and Birddie Hargrove                    $     5,100.00
14310 Boydton Road
Warfield, VA  23889


Richard Harper                                  $     2,386.60
7 Second Avenue
Thomasville, NC  27360


Greg Harrah                                     $    52,000.00
251 Harbor Drive
Bigfork, MT  59911


Gail Harrison                                   $     5,100.00
307 Kelly Road, #C-10
Kalispell, MT  59901


Shane T. Hart                                   $    27,220.00
7105 Lolo Creek Road
Lolo, MT  59847-9446


Alee Harvey                                     $     5,360.00
P.O. Box 200845
Anchorage, AK  99520-0845


Carolyn Harvey                                  $     6,090.00
P.O. Box 440
Chocowinity, NC  27817


Revondia and Carolyn Harvey                     $     1,090.00
P.O. Box 440
Chocowinity, NC  27817


Timothy J. Harvey, Jr.                          $     2,100.00
P.O. Box 240206
Anchorage, AK  99524


Glen Hauerwas                                   $     2,000.00
935 3rd Street - W Riverside
Missoula, MT  59802-5707

Lois Hauerwas                                         $      2,000.00
935 3rd Street - W Riverside
Missoula, MT 59802-5707


Billy Hawkins                                         $      5,500.00
Route 2, Box 253
Lebanon, VA  24266

Brenda D. Hawkins                                     $      3,951.00
4529 N. Marvine Street
Philadelphia, PA  19140

Harold Hawkins                                        $      5,500.00
892 Shady View Road
Kingsport, TN  37664

Kenneth and Rebecca Hawkins                           $     71,000.00
900 Shady View Road
Kingsport, TN  37664

Mary Hayden                                           $      5,100.00
P.O. Box 1176
Hamilton, MT  59840-1176

Winston E. Hayden                                     $      5,100.00
P.O. Box 1176
Hamilton, MT  59840-1176

Vickey Annette Haynesworth                            $      5,000.00
909 Clay Street
Sumter, SC  29154

Michele Hellman Heidel                                $      2,100.00
1034 E. Wellington Drive
Spokane, WA  99208

Estell H. Henderson                                   $      5,100.00
P.O. Box 161
Warfield, VA  23889

Brian Hensel                                             $     2,000.00
6215 Delarka Drive
Lolo, MT  59847


Melvin Henson                                           $    22,000.00
201 Henson Road
Louisa, VA  23093

Mary Hertz                        ***                    $    55,900.00
508 Charleston Street
Mobile, AL  36603

Howard Hill                                             $     2,200.00
111 Mission Lane
Polson, MT  59860-9482

Dana C. Hill                                            $     6,000.00
571 Brickyard Road
Emporia, VA  23847

Randy Hobbs                                             $     1,080.00
P.O. Box 436
Palmer, AK  99501


Daria E. Holcomb                                        $     9,000.00
P.O Box 222
Warrenton, NC  27589

Polly P. Holden                                         $    24,000.00
P.O. Box 149
Godwin, NC  28344

Walter D. Holden                                        $    48,760.00
P.O. Box 149
Godwin, NC  28344

Ken Holley                                              $    40,000.00
5009 Endolwood Drive, Apt. J
Charlotte, NC  28227

| | | |
|---|---|---|
| Lucille W. Hooker<br>2401 Ellerbe Lane<br>Raleigh, NC  27610 | $ | 10,600.00 |
| Betty J. Hopkins<br>3181 Free Union Church Road<br>Pinetown, NC 27865-9509 | $ | 25,000.00 |
| Leah Hoskinson<br>19300 Hwy 93 N<br>Missoula, MT  59808 | $ | 2,100.00 |
| Jia-Liang John Hsu<br>594 Falmouth Avenue<br>Paramus, NJ  07652 | $ | 50,000.00 |
| Inghwa Rosanna Hsu-Lam<br>34 Runnel Drive<br>Schenectady, NY  12304 | $ | 5,000.00 |
| Ten-Yee Hsu<br>594 Falmouth Avenue<br>Paramus, NJ  07652 | $ | 43,120.00 |
| Jen-Wen Hsu-Yin<br>1030 Marion Street<br>New Bedford, MA  02745 | $ | 5,000.00 |
| Shirley S. Hubbard<br>507 Red Bank Road<br>Orangeburg, SC  29118 | $ | 4,000.00 |
| Doris Sanders Hubert<br>532 Rose Lane<br>Raleigh, NC  27610 | $ | 14,000.00 |
| Marian J. Hunter<br>1736 Kingsview Drive<br>Memphis, TN  38114 | $ | 35,655.00 |

Carolyn Jackson                                    $      40,000.00
8370 Governor Grayson Way
Ellicott City, MD  21043


Dr. Fredi Jackson                                  $       7,650.00
P.O. Box 142331
Anchorage, AK  99514-2331

French and Juanita Jackson                         $      45,090.00
9834 Clanford Road
Randallstown, MD  21133

Howell D. Jackson                                  $      12,390.00
5205 Davis Road
Winston-Salem, NC  27105

James C. and Karen M. Jackson                      $      25,500.00
1282 Robin Branch Road
Sylvania, GA  30467


Leroy A. Jackson                                   $      75,000.00
9908 Loch Banif Road
Richmond, VA  23236

Lori and Andrew Jackson                            $       5,850.00
1621 Midway Road
Elloree, SC  29047

Mary E. A. Jackson                                 $      12,980.00
2416 Ramblewood Drive
Augusta, GA  30906

Jeff Jacobson                                      $       2,100.00
303 9th Street
Stevensville, MT  59870

Marjorie B. James                                  $       7,500.00
419 Hardee Street
Durham, NC  27703

| | |
|---|---|
| Jesse James<br>P.O. Box 87<br>Clinton, MT  59825-0087 | $      2,600.00 |
| William & Judy Jannusch<br>86 Westview<br>Bigfork, MT  59911-7105 | $    25,100.00 |
| Christopher Jenkins<br>P.O. Box 716<br>St. Stephen, SC  29479 | $    27,050.00 |
| Henry N. Jenkins<br>2472 Beech Drive<br>Orangeburg, SC  29115 | $      3,000.00 |
| Julie Jenkins<br>P.O. Box 716<br>St. Stephen, SC  29479 | $      5,750.00 |
| Robert and Darlene Jenkins<br>2955 Kirkland Street<br>Orangeburg, SC  29118 | $      5,200.00 |
| Bradford F. Johnson, Esquire (deceased)<br>c/o C. F. Cathcart<br>221 Weybossett Road<br>Henderson, NC  27537 | $      5,000.00 |
| Catherine Johnson<br>265 Maple Avenue<br>Morton, PA  19070 | $    50,000.00 |
| Gail M. Johnson<br>5803 Presley Road<br>Coeur D Alene, ID  83814 | $  110,250.00 |
| Jimmy Johnson<br>531 Eure Street<br>Saint Paul, NC  28384 | $    10,000.00 |

Michael Johnson                                        $      50,000.00
2301 Camden Avenue
Parkersburg, WV  26101


Terrence L. Johnson                                    $       3,000.00
5417 Bentgrass Drive
Raleigh, NC  27610


Yong S. Johnson                                        $       3,180.00
3760 Image Drive
Anchorage, AK  99504


Abraham Jones                                          $      81,300.00
2317 Ellerbe Lane
Raleigh, NC  27610


Bessie C. Jones                                        $       4,000.00
Suslal Unit, PSC 111, Box 3-F
APO AE  09454


Burwell C. Jones, Jr.                                  $      83,000.00
20818 Vernetta Lane
Petersburg, VA  23803


C. LaVerne Jones                                       $      51,245.00
3300 Chancellor Drive
Woodbridge, VA  22192


Diane and James Jones          ***                     $      89,530.00
2032 Cornelia Court
Galesburg, IL  61401


Henry L. Jones                                         $       8,145.00
3300 Chancellor Drive
Woodbridge, VA  22192


Moya Jones                                             $      45,000.00
4733 Fairway Drive
Henderson, NC  27536

| | | |
|---|---|---|
| Pauline W. Jones<br>2317 Ellerbe Lane<br>Raleigh, NC  27610 | $ | 82,500.00 |
| Wilbert C. and Edith Jones<br>11900 Ambrose Lane<br>Ft. Washington, MD  20744 | $ | 27,200.00 |
| Kimatha Joyner<br>2005 Nansemond Parkway<br>Suffolk, VA  23434 | $ | 5,290.56 |
| Brian Kallis<br>6050 Upper Miller Creek Road<br>Missoula, MT  59803-3225 | $ | 2,200.00 |
| Raymond Kallis<br>1758 S. 13th West<br>Missoula, MT  59801-4938 | $ | 2,100.00 |
| Brian Kanai<br>127 Toura Drive<br>Pittsburg, PA  15236 | $ | 5,500.00 |
| Gary L. Kaplowitz<br>1702 Peace Street<br>Henderson, NC  27536 | $ | 40,000.00 |
| Glendair T. Keller<br>3710 Creekside Drive<br>Raleigh, NC  27616 | $ | 30,000.00 |
| Larry T. Kelly<br>4462 Hunting Trail<br>Lake Worth, FL  33467 | $ | 9,000.00 |
| Nadine Kenney<br>P.O. Box 9152<br>Bend, OR  97708-9152 | $ | 2,130.57 |

| | | |
|---|---|---|
| Willie T. Kimpson<br>435 New Hope Road<br>St. Matthews, SC  29135 | $ | 8,000.00 |
| Barbara Kinder<br>4606 Fairview Avenue<br>Baltimore, MD  21216 | $ | 33,910.00 |
| William H. Kindred<br>27030 Old Church Road<br>Drewryville, VA  23844 | $ | 3,000.00 |
| Butler King<br>950 Gray Road<br>Chocowinity, NC  27817 | $ | 5,100.00 |
| Carrie Kintzler<br>14 Lisa Court<br>Bozeman, MT  59718-7231 | $ | 2,100.00 |
| Douglas Kintzler<br>14 Lisa Court<br>Bozeman, MT 59718 | $ | 27,400.00 |
| Liddie M. Kirk<br>419 Friddle Street<br>High Point, NC  27260 | $ | 2,700.00 |
| Paul J. Kirk<br>423 Friddle Street<br>High Point, NC  27260 | $ | 5,200.00 |
| Reverend James P. Kline<br>398 Drinker Street<br>Bloomsburg, PA  17815 | $ | 30,000.00 |
| David Krause<br>333 Knowles Street<br>Missoula, MT  59801-3703 | $ | 2,425.00 |

Scott Kriskovich                                      $      2,336.71
432 N. Ferndale Drive
Bigfork, MT  59911-6514

Charles J. Lastuffa                                   $      5,200.00
7801 Highlander Drive
Anchorage, AK  99518

Thomas Law                       ***                  $     25,000.00
117 Scrimshaw Drive
Chester, VA  23836

Brenda Lee                                            $      5,000.00
2521 Merrion Park Court
Dacula, GA  30019

Dorothy Lee                                           $      4,200.00
364 Lincoln Avenue
Brooklyn, NY  11208

Mert L. Leese                                         $      1,160.00
14700 Neil Drive
Lolo, MT 59847

Rita S. Leese                                         $      1,160.00
14700 Neil Drive
Lolo, MT 59847

Cicero and Rheba Lennon                               $     15,165.65
15 Saddlestone Court
Owings Mills, MD  21117

Johnny Lewis                                          $      3,100.00
P.O. Box 200845
Anchorage, AK 99520

Joseph Lewis                                          $      7,500.00
1055 E. 55th Street
Brooklyn, NY  11234

| | | |
|---|---|---|
| Sherry Lipps<br>3617 Liberty Street<br>Parkersburg, WV  26101 | $ | 5,000.00 |
| Kerry Long<br>7522 Chesley Lane<br>Durham, NC  27713 | $ | 70,455.00 |
| Raymond L. Long<br>201 Hollywood Drive<br>Little Hocking, OH  45742 | $ | 65,000.00 |
| Stephen M. Looney, Sr.<br>15618 Callahan Road<br>Catlettsburg, KY  41129 | $ | 30,800.00 |
| Aurora H. Lopez<br>17 Lefferts Court<br>Middletown, NJ  07748 | $ | 7,500.00 |
| Helen T. Lovett<br>2120 North Hills Drive<br>Raleigh, NC  27612 | $ | 44,000.00 |
| Ben Lowman<br>3917 Spurgin Road<br>Missoula, MT  59804-3005 | $ | 2,100.00 |
| Jan Lowman<br>3917 Spurgin Road<br>Missoula, MT  59804-3005 | $ | 2,100.00 |
| Fwu-Kwuan and Sue-Mei Lue<br>E 64 Bush Place<br>Paramus, NJ  07652 | $ | 40,000.00 |
| Edward A. Luster<br>529 Orindo Drive<br>Durham, NC  27713 | $ | 1,020.00 |

| | | |
|---|---|---|
| Raymond Luster<br>5400 Mewby's Wood Trail<br>Chesterfield, VA  23832 | *** | $      1,520.00 |
| Ruby Luster<br>529 Orindo Drive<br>Durham, NC  27713 | | $      1,020.00 |
| Sara Lustgraaf<br>2003 26th Avenue<br>Missoula, MT  59804-6436 | | $    25,000.00 |
| Will Lustgraaf<br>2003 26th Avenue<br>Missoula, MT  59804-6436 | | $      2,000.00 |
| MeiLing Ma<br>108 Manhattan Avenue<br>Waldwick, NJ  07463 | | $    22,000.00 |
| Lillie L. Mackey<br>2670 NW 24th Court<br>Fort Lauderdale, FL  33311 | | $      2,100.00 |
| Lorraine F. Maggio<br>7052 State Street<br>Sodus, NY  14551 | | $    22,000.00 |
| Rocco Maggio, Jr.<br>7052 State Street<br>Sodus, NY  14551 | | $      1,000.00 |
| Timothy M. Maggio<br>5365 Ontario Center Road<br>Ontario, NY  14519 | | $    15,300.00 |
| Rocco J. Maggio, Sr.<br>7052 State Street<br>Sodus, NY  14551 | | $      2,000.00 |

| | | |
|---|---|---|
| Geraldo Maia<br>2401 Hammonville Road<br>Pompano Beach, FL  33069 | $ | 2,000.00 |
| Carol Ann Maier<br>5455 Miller Creek Road<br>Missoula, MT  59803-2939 | $ | 15,200.00 |
| Elsie J. Maier<br>7533 W. Carlton<br>Florence, MT  59833 | $ | 1,260.00 |
| Neal Maier<br>5455 Miller Creek Road<br>Missoula, MT  59803-2939 | $ | 1,460.00 |
| Rita Maier<br>7281 W. Carlton<br>Florence, MT  59833 | $ | 2,100.00 |
| Skip Maier<br>5150 Sweeney Creek Loop<br>Florence, MT  59833 | $ | 1,860.00 |
| Troy Maier<br>7281 W. Carlton<br>Florence, MT  59833 | $ | 2,100.00 |
| Virginia D. Maier<br>5150 Sweeney Creek Loop<br>Florence, MT  59833 | $ | 1,860.00 |
| Donovan Markland<br>487 Main Street, #314<br>Mt. Kisco, NY  10549 | $ | 35,200.00 |
| Cheryl Marshall<br>12624 Six Forks Road<br>Raleigh, NC  27614 | $ | 16,247.50 |

Diane Martin                                               $      2,600.00
407 Creek Crossing
Stevensville, MT 59870


Katherine Martin                                           $      2,600.00
318 6th Street
Stevensville, MT 59870

Len Martin                                                 $      2,126.00
15907 SE 4th Street
Vancouver, WA  98684-8884

Marvin Martin                                              $      2,600.00
407 Creek Crossing
Stevensville, MT  59870-6180

Roderick Martin                                            $     28,000.00
113-48 Springfield Boulevard, 1st Floor
Queens, NY  11429


Valerie Martin                                             $     20,500.00
3412 Falkner Drive
Naperville, IL  60564

Barbara Ruth Massie                    ***                 $      5,500.00
5640 Wayland Drive C
Crozet, VA  22932

Sharon May (for Davis)                                     $      2,120.00
1811 S. 39th Street, #50
Mesa, AZ 85206

Sharon Glander-May                                         $      2,120.00
c/o Sharon May
1811 S. 39th Street, #50
Mesa, AZ  85206


June Mayes                                                 $     20,000.00
P.O. Box 122
Ellenton, FL  34222

Ira J. McCloud                                    $      24,000.00
1132 W. 11th Street
Lakeland, FL  33805

Johanna J. McKinney                               $       2,100.00
1428 Van Buren
Missoula, MT 59802

Barbara McKnight                                  $      16,050.00
4061 Fairport Road
Kittrell, NC  27544-7736

Costella McKoy                                    $      13,055.00
P.O. Box 1394
Pinehurst, NC  28370

Johnnie A. McKoy                                  $      40,000.00
P.O. Box 31
1205 Porter Street
Goldsboro, NC  27533

Roy A. McKoy                                      $       5,555.00
P.O. Box 1394
Pinehurst, NC  28370

Hugh E. McLeod                                    $      31,500.00
2216 NW 95th Place
Jasper, FL  32052

Charles P. McSorley                               $       6,175.00
310 Beach Street
New Bern, NC  28560

Helen Meek                                        $       2,776.00
80725 Hwy 83
Big Fork, MT  59911

Ken Mehr                                          $       4,148.50
5923 W. Tepee Court
Spokane, WA  99208-9352

| | | |
|---|---|---|
| Rissie Middleton<br>7399 Terra Ceia Road<br>Pantego, NC  27860 | $ | 1,100.00 |
| Christopher Mienke<br>638 N. 3rd Street West<br>Missoula, MT 59802-2912 | $ | 2,000.00 |
| Craig Milhorne<br>22225 Campbell Hollow Road<br>Abingdon, VA  24211 | $ | 5,500.00 |
| Josh Milhorne<br>22185 Campbell Hollow Road<br>Abingdon, VA  24211 | $ | 5,500.00 |
| Cecilia C. Miller<br>1634 Lantana Avenue<br>Richland, WA  99352 | $ | 2,000.00 |
| Charles L. Miller<br>632 N. Arthur Street, Apt. A 103<br>Kennewick, WA  99336 | $ | 2,000.00 |
| Danny L. Miller<br>820 Highland Avenue<br>New Burn, NC  28562 | $ | 31,400.00 |
| Lisa Miller<br>10277 Miller Creek Road<br>Missoula, MT  59803-9726 | $ | 2,100.00 |
| Malissa Mimms<br>5803 Jennifer Circle<br>Anchorage, AK  99504-4345 | $ | 5,656.56 |
| Doris J. Mixer<br>1003 18th Street<br>Vienna, WV 26105 | $ | 7,000.00 |

| | | |
|---|---|---|
| Sadie Mobley<br>7410 Gambier Drive<br>Upper Marlboro, MD  20772 | $ | 25,965.00 |
| Lorraine Monroe<br>4201 Birmingham Way<br>Raleigh, NC  27604 | $ | 30,000.00 |
| January Montgomery   ***<br>4850 Neuse Vista Way, Apt. 102<br>Raleigh, NC  27616 | $ | 65,540.00 |
| Artis R. Moore<br>224 E. 7th Street<br>Washington, NC  27889 | $ | 5,100.00 |
| Billy J. Moore<br>3422 Stoney Brook Road<br>Augusta, GA  30906 | $ | 16,585.00 |
| Lisa Suh Moore<br>9141 Claridge Place<br>Anchorage, AK  99507 | $ | 10,180.00 |
| Amanda M. Moss<br>413 Katie Drive<br>Sharpsburg, NC  27878 | $ | 20,000.00 |
| Mike Mostad<br>10277 Miller Creek Road<br>Missoula, MT  59803-9726 | $ | 2,100.00 |
| Christina Mui<br>58-14 201st Street<br>Bayside, NY  11364 | $ | 22,500.00 |
| Bernice Murphy<br>4209 Layola Avenye<br>Rock Mount,  NC 27804-3032 | $ | 1,080.00 |

| | | | |
|---|---|---|---|
| Peggie Murphy<br>4606 Fairview Avenue<br>Baltimore, MD 21216 | | $ | 3,000.00 |
| Delma J. Murrell<br>13089 Kientz Road<br>Jarratt, VA  23867 | | $ | 5,200.00 |
| Dean Nelson, Christian Hope<br>Ministries/Campus Ministries<br>4930 Riverlake Drive<br>Duluth, GA  30097 | *** | $ | 4,841.05 |
| New Covenant Church<br>514 E. Armfield Street<br>Saint Pauls, NC  28384 | | $ | 5,000.00 |
| New Covenant Church<br>c/o Bishop Ralph Grissett<br>2404 NW 20th Street<br>Fort Lauderdale, FL  33311 | | $ | 50,000.00 |
| Johnnie Northern<br>915 Van Norden Street<br>Washington, NC  27889 | | $ | 4,500.00 |
| James Norton<br>103 Frank Street<br>Easley, SC  29642 | | $ | 2,100.00 |
| Soo Peng Ooi<br>594 Falmouth Avenue<br>Paramus, NJ  07652 | | $ | 3,900.00 |
| Martha R. O'Neal<br>1692 Swamp Road<br>P.O. Box 84<br>Pantego, NC  27860 | | $ | 4,545.00 |

| | | |
|---|---|---|
| Tywanna Perry<br>206 Obie Drive<br>Durham, NC 27713 | $ | 12,090.00 |
| Ronnell Pearson<br>P.O. Box 349<br>Emporia, VA  23847 | $ | 5,000.00 |
| Carol and John Peterson<br>212 Roanoke Drive<br>Kill Devil Hills, NC  27948 | $ | 70,000.00 |
| Lucille B. Peterson<br>19300 Hwy 93 N<br>Missoula, MT  59808 | $ | 2,100.00 |
| Steven R. Peterson<br>19300 Hwy 93 N<br>Missoula, MT  59808 | $ | 2,100.00 |
| James E. Pitchford<br>514 Rodriguez Court<br>Fayetteville, NC  28303 | $ | 2,790.00 |
| Pam  & Kenneth Pittman<br>P.O. Box 169<br>Seeley Lake, MT  59868-0169 | $ | 4,900.00 |
| Nicole Pluviose<br>645 E. 14th Street<br>New York, NY  10009 | $ | 2,000.00 |
| Shirley Poke   ***<br>No Valid Address on File | $ | 50,000.00 |
| Jean Pollard<br>1406 Ermine Street<br>Anchorage, AK  99504-2649 | $ | 13,500.00 |
| Tyrone Pollard<br>1614 Marten Street<br>Anchorage, AK 99504 | $ | 5,000.00 |

Thomas E. Ponton                                      $      2,100.00
4744 Bailey Street
Missoula, MT  59808

Bryan D. Porch                                        $      2,100.00
135 E. Bickford Street
Missoula, MT  59801

Shirley Porter                                        $      4,300.00
Route 2, Box 185
2352 Troy Road
Troy, VA  22974

Jacqueline Powell                                     $      1,690.00
2316 US Hwy 64
Robertsonville, NC  27871

Jerry L. Powell                                       $      4,720.00
71 St. John Street
Emporia, VA  23847

Rebecca W. Powell                                     $     31,000.00
1309 46th Street SE
Washington, DC  20019

Shirley T. Powell                                     $     10,690.00
2316 Hwy 64
Robersonville, NC  27871

James Privette, Sr.                                   $      5,000.00
P.O. Box 235
Franklinten, NC  27525

James T. and Mary Privette, Sr.                       $     31,241.00
P.O. Box 235
Franklinten, NC  27525

Jay Probst                                            $      2,100.00
3196 B Roullier Road
Ronan, MT  59864

| | | |
|---|---|---|
| Charles R. Puckett<br>297 Atkins Lane<br>Mt. Airy, NC 27030 | $ | 8,200.00 |
| Alice R. Pulley<br>1850 Lafayette Avenue, Apt. 21-H<br>Bronx, NY  10473 | $ | 16,771.00 |
| Paul H. Putala<br>82 Oakdale Avenue<br>Waterbury, CT  06708 | $ | 85,000.00 |
| Karen Rago<br>145 Bulsontown Road<br>Stony Point, NY  10980 | $ | 20,000.00 |
| Sarah Nicole Rajasekera<br>P.O. Box 1185<br>Henderson, NC  27536 | $ | 1,200.00 |
| Leon  R. Randolph, Jr.<br>208 West 7th Street<br>Washington, NC  27889 | $ | 7,366.00 |
| William Randolph<br>3486 County Line Road<br>Kents Store, VA  23084 | $ | 43,000.00 |
| Elsie I. Ratcliff<br>1312 Broken Branch Court<br>Raleigh, NC  27610 | $ | 2,000.00 |
| Roosevelt and Peggy Ratliff, Jr.<br>169 Escondido Drive<br>Orangeburg, SC  29115 | $ | 13,681.00 |
| Arthur T. Reddick, Sr.<br>7348 Terra Ceia Road<br>Pantego, NC  27860 | $ | 3,100.00 |

Thurman Hargrove                                    $      15,100.00
Refuge in Roanoke, VA
14330 Boydton Plank Road
Warfield, VA  23821

Thurman Hargrove                                    $       5,100.00
Refuge Temple
14330 Boydton Plank Road
Warfield, VA  23821

Fernando D. and Susan B. Reyes                      $      16,000.00
105 Charolois Trail
Cary, NC  27513

William M. Richardson                               $       4,000.00
P.O. Box 576
Pinetops, NC  27864

Darr Riggert                                        $       2,080.00
2705 Clark Street
Missoula, MT  59801-7631

Juda L. and Wilson L. Rigney                        $      21,435.00
1025 West Sterling Court
Ashland, KY  41102

Bradley J. Rivard                                   $      20,025.00
4002 S. Olson Place
Kennewick, WA  99337

Loriaine Rivard                                     $       2,025.00
4002 S. Olson Place
Kennewick, WA  99337

Clinton E. Roberson                                 $       1,690.00
2264 US Hwy 64
Robersonville, NC  27871

Joseph and Audrey Roberson                          $       1,000.00
1133 Hassell Road
Oak City, NC  27857

Linvert Roberson                              $        44,690.00
2469 West Timberlake Boulevard
Robersonville, NC  27871


McCoy Roberson                                $        10,200.00
P.O. Box 73
Parmele, NC  27861


Richard and Connie Roberts                    $        20,400.00
162 Lincoln Heights
Alum Creek, WV  25003


Sheri L. Robertson                            $         2,000.00
Route 1, Box 242
Genoa, WV  25517


Mildred Erlene Robinson                       $         5,100.00
1569 N. Finley Point Road
Polson, MT  59860-9125


Robert Robinson                               $         2,100.00
1569 N. Finley Point Road
Polson, MT  59860-9125


Evora L. Rodgers                              $        14,000.00
3249 McCasky Road
Williamston, NC  27892


William J. Rodgers                            $         2,000.00
2555 Bear Trap Road
Williamston, NC  27892


Frances and William Rogers                    $        90,800.00
1318 Satter White Point Road
Henderson, NC  27536


Patrick Ronk                                  $         5,200.00
Route 3, Box 66
Ona, WV  25545

Eva Ross                                          $      50,000.00
501 Grant Avenue
Chesllhurst, NJ 08089


Melvin George Roundtree                           $      14,500.00
1706 W. Wilson Street
Tarboro, NC  27886

Amy Russell                                       $       5,555.00
c/o Annie Ablorh
14 Lafayette Street
Milton, MA  02186

Fonda B. Russell                                  $      40,000.00
822 Bunche Drive
Raleigh, NC  27610

Lucy Russell                                      $       5,555.00
c/o Annie Ablorh
14 Lafayette Street
Milton, MA  02186

Joseph M. and Terry Lee Ryan                      $      17,720.00
9611 Mossy Cup
Boise, ID  83709

Terry Lee Ryan                                    $       2,200.00
9611 Mossy Cup
Boise, ID  83709

David Rymal                                       $       2,389.46
10035 Miller Creek Road
Missoula, MT  59803-9717

Wessie Rymal                                      $      27,285.51
10035 Miller Creek Road
Missoula, MT  59803-9717

Richard Saffeels                                  $       2,000.00
5803 Presley Road
Coeur D Alene, ID  83814-7305

| | | |
|---|---|---|
| Shirley G. Salisbury<br>P.O. Box 208<br>Gassaway, WV 26624 | $ | 10,000.00 |
| Donna Samuel<br>16 Tempo Road<br>New York, NY 10956 | $ | 20,000.00 |
| Cecil Samuel<br>16 Tempo Road<br>New York, NY 10956 | $ | 24,000.00 |
| Chad Sanders<br>248 Town Pond Road<br>Batesburg, SC  29006 | $ | 10,000.00 |
| Dorothy L. Satterthwaite<br>P.O. Box 52<br>Chocowinity, NC  27817 | $ | 8,600.00 |
| Johnny Satterthwaite, Jr. (deceased)<br>c/o Dorothy Satterthwaite<br>P.O. Box 52<br>Chocowinity, NC  27817 | $ | 13,500.00 |
| Steven Schmidt<br>441 Pinon<br>Billings, MT  59105-2741 | $ | 25,000.00 |
| William Schultz<br>P.O. Box 520336<br>Big Lake, AK  99652-0336 | $ | 1,000.00 |
| Glorice Scott<br>P.O. Box 276<br>Lawrenceville, VA  23868-0276 | $ | 4,200.00 |
| Jacqueline L. Scott<br>774 Camp Ground Road<br>Emporia, VA  23847 | $ | 10,455.00 |

| | | |
|---|---|---|
| Larry C. Sears<br>800 Rose Street<br>Rocky Mount, NC  27801 | $ | 10,000.00 |
| Willie Seawright<br>212 Redwood Drive<br>Easley, SC  29642 | $ | 3,180.00 |
| Lori Simmert<br>365 St. Mary Drive<br>Stevensville, MT 59870 | $ | 2,600.00 |
| Richard Simmert<br>638 N. 3rd Street West<br>Missoula, MT  59802 | $ | 2,000.00 |
| Rose Simmert<br>638 N. 3rd Street West<br>Missoula, MT 59802 | $ | 8,000.00 |
| Scott Simmert<br>365 St. Mary's Drive<br>Stevensville, MT 59870 | $ | 2,600.00 |
| Wallace Simmert<br>638 N. 3rd Street West<br>Missoula, MT 59802 | $ | 2,500.00 |
| Robert Simmons<br>48 Mallory Road<br>Spring Valley, NY  10977 | $ | 7,000.00 |
| Rochelle V. C. Simmons<br>P.O. Box HM2858<br>Hamilton, Bermuda  HMLX | $ | 5,000.00 |
| Sun Sims<br>7525 Peck Avenue<br>Anchorage, AK  99504-1221 | $ | 3,100.00 |

| | | |
|---|---|---|
| Jacek Skalski<br>2610 Sorbus Circle<br>Anchorage, AK  99508-4048 | $ | 2,000.00 |
| Daren W. Small<br>P.O. Box 339<br>Townsville, NC  27584 | $ | 3,000.00 |
| Frances G. Smith<br>459 Blanks Lane<br>Emporia, VA  23847 | $ | 4,500.00 |
| Margaret Snave Lytvinenko<br>c/o John Lytvinenko<br>102 Blowing Rock Lane<br>Cary, NC  27511 | $ | 133,500.00 |
| Martha M. Sneed<br>117 8th Street<br>Oxford, NC  27565 | $ | 30,000.00 |
| Samuel Solomon<br>680 Massenburg-Baker Road<br>Louisburg, NC  27549 | $ | 14,350.00 |
| Patricia R. Sowell<br>31420 See Gar Drive<br>Carrsville, VA  23315-3200 | $ | 15,990.00 |
| Wayne G. Sowell<br>149 Cheryl Court<br>Rex, GA  30273 | $ | 85,115.00 |
| James W. Spencer<br>640 Galway Drive<br>Roswell, GA  30076 | $ | 116,000.00 |
| Steven Spigner<br>6680 Poplar Grove Way<br>Stone Mountain, GA  30087 | $ | 100,000.00 |

Laverne B. Spurlock                    ***                          $       20,000.00
1611 Forest Glen Road
Richmond, VA  23228


Betty P. Stallings                                                  $        5,000.00
1331 Old Salisbury Road
Concord, NC  28025


Sonia Stallings                                                     $       12,000.00
6444 Dawnfield Lane             ***
Richmond, VA  23231-5334


Roy Stallings                                                       $       52,000.00
1331 Old Salisbury Road
Concord, NC  28025


David Stamper                                                       $      172,000.00
2681 Sam Moss Hayes Road
Creedmoor, NC  27522


Warrenetta Stevenson                                               $        3,000.00
P.O. Box 896
Louisburg, NC  27549


Kerry D. Stewart                 ***                                $       44,250.00
4205 Aerie Circle
Evans, GA  30809


Doyel and Grenell Stocks                                            $       21,060.00
2 Tribe Road, #2
Somerset, Bermuda  MA03


Rodney Strickland                                                   $       45,000.00
659 Strickland Road
Lake Park, GA  31636


Helen Sunakawa                                                      $        7,500.00
117 Forest Hill Road
P.O. Box 117
Fort Montgomery, NY  10922

Kikue Swensen                                    $      22,500.00
102 Mountainview Avenue
Pearl River, NY 10965-2704

Patricia P. Tabourn                              $       3,190.00
P.O. Box 354
Kittrell, NC  27544

James D. Talbert                                 $       4,100.00
30 Retreat Lane
Columbia, SC 29209

Puanilita F. Tan                                 $       7,450.00
384 Sherbourne Road
Valley Stream, NY 11580

Siew Kang Tan                                    $      25,000.00
330 Convent Road
Blauvelt, NY 10913-1605

Gary A. Taylor                                   $       7,700.00
P.O. Box 581
Vanceboro, NC  28586

Willie D. Taylor                                 $       1,500.00
3833 Maidens Road
Powhatan, VA  23139

Robert Teeter                                    $       5,000.00
5080 Gunston Drive
Columbus, OH 43232

Ethel Telfaire                                   $       3,000.00
2655 Telfaire Street
Simpson, NC  27879

Junious and Blanche Terry                        $      11,000.00
72 N. Cobble Creek Drive
Henderson, NC  27537

Brenda Teter                                              $      160,000.00
P.O. Box 1832
1000 32nd Street
Parkersburg, WV  26102


Larry Teter                                              $       70,000.00
P.O. Box 1832
1000 32nd Street
Parkersburg, WV  26102

William Thibodeau                                        $        8,000.00
5815 Jay Lane
Missoula, MT  59803-2821

Clemon Earl Thomas                                       $        5,574.00
1080 US 64 West
Bethel, NC  27812

Justin Thomas                                            $       58,000.00
247 Hollywood Drive
Little Hocking, OH  45742

Larry Thomas                                             $      180,800.00
2615 Earthen Mesa Terrace
Henderson, NV  89052

Pat Thomas                                               $        1,000.00
247 Hollywood Drive
Little Hocking, OH  45742

Roger B. Thomas                                          $       30,000.00
278 Woodlawn Avenue
Belpre, OH 45714

James Elmer Thompson, Jr.                                $        5,200.00
4800 Lynn Creek Road
Lavalette, WV  25535

Regina F. Thompson                                       $        1,100.00
4800 Lynn Creek Road
Lavalette, WV  25535

Leo Thorpe                                                    $      1,500.00
8159 Charlie Stovall Road
Oxford, NC  27565


Ernest Tindall                          ***                   $     37,345.00
14428 Gadwall Court
Charlotte, NC  28273


Wendell Tomlin                          ***                   $     42,250.00
1904 Byrd Avenue, Suite 301
Richmond, VA  23230


Judy Tripp                                                    $      2,200.00
5800 Meadow Vista Drive
Florence, MT 59833-6603


Princess Errolyn Trotman                                      $      6,000.00
13708-12 Modrad Way
Silver Spring, MD  20904-4819


Dinah L. Trudell                                              $     10,000.00
P.O. Box 460206
Huson, MT 59846-0206


Stephanie Trudell                                             $      3,100.00
P.O. Box 460206
Huson, MT 59846-0206


Tim Trudell                                                   $      3,100.00
P.O. Box 460206
Huson, MT 59846-0206


Derrick Phillip and Mary Ellen Tulloch                       $     12,850.00
11 Ramsdell Court
Gaithersburg, MD  20878


James T. Turner                                               $     15,585.00
116 Carver Road
Jacksonville, NC  28540

| | | |
|---|---|---|
| Estela Valeriano<br>17 Somerset Place<br>Matawan, NJ 07747 | $ | 12,000.00 |
| Tim Van Nest<br>HCO3 Box 8108M<br>Palmer, AK  99645 | $ | 2,000.00 |
| Bessie Vann<br>9506 Hicksboro Road<br>Oxford, NC  27565 | $ | 63,808.00 |
| Lilian Varga<br>8349 Sphere Way<br>Pensacola, FL  32514 | $ | 648,000.00 |
| Carolyn Vaughan<br>P.O. Box 61<br>Manson, NC  27553-0061 | $ | 5,000.00 |
| Ernestine Vaughan<br>Route 2, Box 2414-B<br>Wayne, WV  25570 | $ | 1,100.00 |
| Mae M. Waddell<br>2510 Dallas Street<br>Durham, NC  27707 | $ | 12,000.00 |
| April D. Walker<br>6238 Gallagher Road<br>Charlo, MT  59824 | $ | 2,200.00 |
| Zead Walker, Jr.<br>80 Wilder Lane<br>Louisburg, NC  27549 | $ | 5,100.00 |
| Benkey Wall<br>3112 N. Napa Street<br>Philadelphia, PA  19132 | $ | 5,000.00 |

| | | |
|---|---|---|
| Hattie A. Wall<br>733 Bramble Lane<br>Orangeburg, SC 29115 | $ | 5,000.00 |
| Gus Hoover Wall<br>390 Hundley Road<br>Orangeburg, SC  29118 | $ | 4,520.00 |
| Hoover Wall, Sr.<br>733 Bramble Lane<br>Orangeburg, SC 29115-2638 | $ | 15,000.00 |
| Mary Ann Wall<br>733 Bramble Lane<br>Orangeburg, SC  29115 | $ | 50,000.00 |
| Earl Wallace<br>P.O. Box 153<br>Everetts, NC  27825 | $ | 10,000.00 |
| Dr. Samuel Walston, Jr.<br>P.O. Box 530281<br>Henderson, NV  89053 | $ | 142,957.49 |
| Valerie V. Walston<br>91-1020 Kalehuna Street<br>Kapolei, HI 96707 | $ | 25,000.00 |
| William E. Warren<br>13203 Hwy 171<br>Jamesville, NC  27846 | $ | 3,690.00 |
| Douglas and Pearl Washington<br>5032 Sunset Fairways<br>Holly Springs, NC  27540 | $ | 20,000.00 |
| James Washington<br>Route 2, Box 2<br>Glass Trailer Court<br>Troy, VA  22974 | $ | 4,300.00 |

Thurman Hargrove, Sr.                                      $        21,210.00
Waterway Temple
9 Waterway Circle
Bassett, VA  24055

Bettie L. Watkins                                          $         6,000.00
701 Peyton Street
Raleigh, NC  27610

James A. Watkins                                           $        20,200.00
701 Peyton Street
Raleigh, NC  27610

Alpha Watts, Sr.                                           $         4,100.00
Route 1, Box 427
Genoa, WV  25517

Larry Brian Watts                                         $         4,680.00
117 Fannie Pullum Road
Thomasville, NC  27360

Larry C. Watts                                            $         6,640.00
201 Fannie Pullum Road
Thomasville, NC  27360

Katherine F. Waymer                                       $         2,000.00
235 Catherine Street
Orangeburg, SC  29115

Edna H. Weaver                                            $         5,600.00
7 Second Avenue
Thomasville, NC  27360

Glen Weber                                                $         2,633.25
2313 Vista Ridge
Victor, MT  59875-9693

Tracy Wekkin                                              $         2,000.00
P.O. Box 3783
Missoula, MT  59806-3783

David L. Welch                                           $       1,080.00
6103 S. Orient Street
Burlington, KY  41005


Erica R. Welch                                           $       1,020.00
P.O. Box 140150
Anchorage, AK  99514

Rochelle Welch                                           $       1,000.00
P.O. Box 140150
Anchorage, AK  99514

Sonya L. Welch                                           $       1,020.00
P.O. Box 140150
Anchorage, AK  99514

Ernestine A. Welcon                                      $      11,100.00
261 SW 28th Terrace
Fort Lauderdale, FL  33312

Don Welling                                              $       2,000.00
182 Hawker Lane
Corvallis, MT  59828-9704

Melissa Welling                                          $       4,000.00
182 Hawker Lane
Corvallis, MT  59828-9704

Richard Wendelken                                        $       7,000.00
697 Virginia Street
Marietta, OH  45750

Shirley A. Wendelken                                     $      15,900.00
697 Virginia Street
Marietta, OH  45750

Walter Wendelken                                         $      18,500.00
90 Trace Lane
Rosville, GA  30741

Anthony L. West                                        $        4,020.00
805 Atlantic Street
Durham, NC  27707


Beverly P. West                                        $       18,220.00
3506 Suffolk Street
Durham, NC  27707

David A. West, Sr.                                     $        1,000.00
3506 Suffolk Street
Durham, NC  27707

Jacqueline Westmoreland                                $        6,000.00
116-P Damon Circle
Panama City, FL 32407

Walter Wheeler                                         $        2,000.00
18 Barrington Avenue
Bluffton, SC 29910

Charles L. Whitaker                                    $       58,000.00
13301 New Arcadia Lane
# 209
Upper Marlboro, MD 20774

Marion White                                          $        5,000.00
291 Seaview Avenue
Jersey City, NJ  07305

Peter S. Wiles, Jr.                                    $        5,200.00
166 Browns Chapel Road
Elloree, SC  29047

Adriel Lemuel Williams                                 $        5,000.00
P.O. Box 465
Manson, NC  27553

Doris Terry Williams                                   $       45,300.00
P.O. Box 465
Manson, NC  27553

| | |
|---|---|
| Douglas D. Williams<br>4013 Cedar Grove Cresent<br>Chesapeake, VA  23321 | $       18,455.00 |
| Dr. Detroit Williams<br>7407 N.W. 21st Court<br>Gainesville, FL  32653 | $     119,600.00 |
| Falise A. Williams<br>7003 E. 16th<br>Anchorage, AK 99504 | $         6,300.00 |
| Kenneth D. Williams<br>4013 Cedar Grove Crescent<br>Chesapeake, VA  23321 | $         1,100.00 |
| Lonnie Williams, Jr.<br>3596 Dabney Road<br>Henderson, NC  27536 | $         1,500.00 |
| Marvin R. Williams<br>135 Kings Point Drive<br>Suffolk, VA  23434 | $       11,885.00 |
| Mary Alfred Williams<br>1736 Kingsview Drive<br>Memphis, TN  38114 | $       15,555.00 |
| Michael A. Williams<br>1 Wigmore Circle<br>Savannah, GA 31410-3166 | $       40,000.00 |
| Robert E. Williams<br>1005 Hillside Court<br>Polson, MT  59860 | $     342,500.00 |
| Robert L. Williams<br>707 Harmony Road<br>Durham, NC  27713 | $       50,100.00 |

James Wilson                                        $        2,000.00
2629 Briggs
Missoula, MT 59803

Miguel Wilson                                       $      173,000.00
113 Misty Valley Drive
Canton, GA  30114

Rayfus Lee Wilson                                   $       19,649.04
2501 Hillvale Circle
Lithonia, GA 30058

Rufus Lee Wilson                                    $       21,000.00
1124 Murrell Block Drive
St. Stephen, SC 29479

Elijah Winstead, Jr.                                $       26,500.00
4630 Windsor Road
Elm City, NC  27822

Elmo W. and Lelia Woodbury                          $       24,665.00
6360 Sedgefield Drive
Norfolk, VA  23513

Rosina F. Workman                                   $        2,500.00
546 Potts Creek Road
Linwood, NC  27299

Ernest Wright                    ***                $       24,150.00
7219 McKesson Court
Richmond, VA  23235

Jamita Wright                    ***                $        5,000.00
7318 Hilmar Drive
Richmond, VA  23234

William R. & Jane Y. Wyatt                          $        5,120.00
124 Lochweed Drive
Columbia, SC 29212

| | | |
|---|---|---|
| Mark Zetts<br>7928 Featherstone Drive<br>Raleigh, NC  27615 | $ | 44,000.00 |
| Yu Zheng<br>142-09 Barclay Avenue, #6N<br>Flusing, NY  11355 | $ | 50,000.00 |
| Robert B. Ziglar, Jr.<br>2202 W. Market Street<br>Greensboro, NC  27403 | $ | 40,200.00 |
| Tom & Judy Zeigler<br>2112 Katesbridge Lane<br>Raleigh, NC 27614 | $ | 35,000.00 |
| Sen-De Zhou<br>20 Magnolia Avenue<br>Second Floor<br>Hillsdale, NJ 07642 | $ | 10,000.00 |
| Ying Zhou<br>20 Magnolia Avenue<br>Second Floor<br>Hillsdale, NJ 07642 | $ | 35,000.00 |
| **Total Restitution:** | **$** | **12,005,148.80** |

With respect to the losses claimed by the following individuals, the Court hereby ORDERS these individuals to submit further documentation to the Government, within SIXTY (60) DAYS of issuance of this Order, in order to receive restitution. The documentation sent should also include the complete information on all persons the following individuals purport to represent so the Court may award restitution directly.

It is FURTHER ORDERED that the Government submit a Revised Recommendation as to

Restitution within THIRTY (30) DAYS after the submission deadline given to the individuals listed below. The Revised Recommendation should indicate (1) that the Government has reviewed the documentation submitted by these individuals; (2) the amount of restitution, if any, that should be awarded to these individuals; and (3) the names, addresses, and restitution due to any individuals represented by the below named individuals.

| | | |
|---|---|---|
| William Gilmore<br>113 Laredo Street<br>P.O. Box 654<br>Santee, SC 29142 | $ | 513,000.00 |
| Vernon Grant<br>14 Corinthian Road<br>New City, NY 10956 | $ | 350,000.00 |
| Alice Hsu<br>719 Woodvalley Way<br>Orlando, FL 32825 | $ | 68,000.00 |
| Edward Lopez<br>35 Pierce Drive<br>Stony Point, NY 10980 | $ | 470,490.50 |
| Total | $ | 1,401,490.50 |

As a special condition of supervised release, Defendant is ORDERED to make monthly payments toward restitution. Defendant is also DIRECTED to notify, within THIRTY (30) days, the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510 of: (a) Any change of name, residence, or mailing address; and (b) Any material change in economic circumstances that affects the ability to pay restitution. See 18 U.S.C. § 3664(k).

In addition, Defendant is ORDERED to participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

          /s/ James R. Spencer                 
UNITED STATES DISTRICT JUDGE

 APR 28, 2005                 
DATE